**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) KELLY L FOUTCH, administrator of the Estate of RUSSELL TED FOUTCH, deceased | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | Case No. 17-CV-431-GKF-JFJ |
| (1) TURN KEY HEALTH, LLC d/b/a TURN KEY MEDICAL, and TURN KEY | ) ) ) ) | |
| **Defendants.** | ) | |

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF CONDITIONS IN**
**CONDITIONAL ORDER [DOC. NO. 92]**

**COMES NOW,** the Plaintiff, Kelly L. Foutch, by and through her attorney of record, Andrew M. Casey, Esq., of FOSHEE & YAFFE, and notifies this Court that Plaintiff accepts Conditional Order [Doc. No. 92] for dismissal of this action without prejudice to refiling.

Date: February 25, 2019

Respectfully submitted,
/s/Andrew M. Casey
Andrew M. Casey, OBA No. 32371
FOSHEE & YAFFE
12231 S. May Ave.
Oklahoma City, OK 73170
Telephone: (405) 378-3033
Facsimile:  (405) 632-3036
Email:andrewcasey.at.law@gmail.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of  February  , 2019, a true and complete copy of the above and foregoing *Plaintiff's Notice of Acceptance of Conditions Of Conditional Order 92* was served by by electronic mail to the following:

>ALEXANDRA G. AH LOY, OBA # 31210 aahloy@johnsonhanan.com
>ANTHONY C. WINTER, OBA # 32148: awinter@johnsonhanan.com
>*Attorneys for Defendant Turn Key Health, LLC d/b/a Turn Key Medical and Turn Key*

>/s/Andrew M. Casey_____
>Andrew M. Casey, *Attorney for Plaintiff*